**Petition for Writ of Injunction Denied and Memorandum Opinion filed December 4, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00911-CV

_____

## IN RE GALLERIA 2425 OWNER, LLC, Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF INJUNCTION**<br>**281st District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2023-22748** |

## MEMORANDUM OPINION

On December 1, 2023, relator Galleria 2425 Owner, LLC filed in this court a petition for a writ of injunction. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In its petition, relator asks this court to "issue a writ of injunction to enjoin Lender from foreclosing on the Property during the pendency of the interlocutory appeal."

On November 29, 2023, the Honorable Christine Weems, presiding judge of the 281st District Court of Harris County, denied relator's application for a temporary injunction. Foreclosure by the real party in interest, National Bank of Kuwait S.A.K.P., New York Branch, is allegedly scheduled to take place on December 5, 2023.

In addition to filing the petition for a writ of injunction, on December 1, 2023, relator also filed a notice of appeal from the trial court's order denying the temporary injunction. Tex. Civ. Prac. & Rem. Code § 51.014(a)(4). The interlocutory appeal is pending before this court in *Galleria 2425 Owner, LLC v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 14-23-00909-CV.

Thereafter, relator filed a supplemental petition; the real party in interest filed a response in opposition to the petition; and the relator filed a reply.

Relator has not established that it is entitled to injunctive relief. Accordingly, we deny relator's petition for writ of injunction.


PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

2